

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-08-00655-CR

Jose Alberto **GUTIERREZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CR-1186
Honorable Sharon MacRae, Judge Presiding

# O R D E R

The panel has considered the Appellant's Motion for Rehearing and the motion is dismissed for lack of jurisdiction.  See Tex. R. App. P. 18, 19.

It is so **ORDERED** on May 13th, 2014.                    PER CURIAM

ATTESTED TO:

_____
Keith E. Hottle
Clerk of Court